GEORGE B. HEWLETT, Respondent, *v.* EUGENE VAN VOORHIS et al., as Executors of JOHN VAN VOORHIS, Deceased, Appellants.

*Judgment — action to recover on judgment taken by default — effect of opening of default as to one of defendants and subsequent dismissal of complaint as to him for failure to prosecute.*

*Hewlett* v. *Van Voorhis*, 196 App. Div. 322, affirmed.

(Argued April 28, 1922; decided May 12, 1922.)

APPEAL from a judgment, entered May 11, 1921, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term, a jury having been waived, and directing judgment in favor of plaintiff. The action was brought upon a judgment formerly recovered by plaintiff's assignors by default against the defendants' testator and four others. The defense was that as to one of the original parties defendant the default had been opened and thereafter the complaint dismissed as to him for failure to prosecute and that when the judgment was opened as to one of the defendants, although it was allowed to stand as security, it was, in effect, opened as to all, and that when the complaint was dismissed as to one, which in effect vacated the judgment as to him, it must be deemed to have been vacated as to all.

*John Ewen* and *Ward V. Tolbert* for appellants.

*Charles H. Stoddard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.